# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Velma P. Braxton<br>    Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Velma P. Braxton<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-17969 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, which was filed with the Court on or about **March 6, 2020, docket number 18**.

            Respectfully submitted,


            /s/ Rebecca A. Solarz, Esq.
            _____
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: June 9, 2021