United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-17969-amc

Velma P. Braxton                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Velma P. Braxton, 5418 Larchwood Avenue, Philadelphia, PA 19143-1956 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Velma P. Braxton erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956 @notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEFFREY M. CARBINO | on behalf of Debtor Velma P. Braxton jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| MARIO J. HANYON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et.al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

REBECCA ANN SOLARZ

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN
TRUST A bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A
bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

       **Velma Braxton**          **Chapter: 13**
                                      **Bky. No. 19-17969-AMC**

       **Debtor(s).**

## O R D E R

     **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by

the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has

been made on all interested parties and upon the Applicant's certification of no response,

     It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **4,000.00**.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

    and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$500.00** which was paid

    by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the

    confirmed chapter 13 plan.

**Date: August 10, 2021**

                                 **HON ASHELY M. CHAN**
                                 **U.S. NANKRUPTCY JUDGE**