**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VELMA P. BRAXTON | Chapter 13 |
| Debtor | Bankruptcy No. 19-17969-AMC |

# **O R D E R**

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: November 29, 2022**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JENSEN BAGNATO, P.C.
1500 WALNUT STREET
SUITE 1510
PHILADELPHIA, PA 19102-

Debtor:
VELMA P. BRAXTON

5418 LARCHWOOD AVENUE

PHILADELPHIA, PA 19143-