United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17969-amc

Velma P. Braxton     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Nov 29, 2022     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Velma P. Braxton, 5418 Larchwood Avenue, Philadelphia, PA 19143-1956 |
| 14539549 | | City of Philadelphia, c/o Pamela Elchert Thurmond, Water Revenue Bureau, Tax and Revenue Unit, 1401 JFK BLVD, 5th, Philadelphia, PA 19102 |
| 14444246 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 14444249 | | Michael Simone Esquire, 909-11 Route 130 Suite 201, Cinnaminson, NJ 08077 |
| 14444251 | #+ | Perfection Collection, Attn: Bankruptcy Department, 313 E 1200 S, Suite 102, Orem, UT 84058-6910 |
| 14444252 | + | Phelan Hallinan, 1617 JFK Blvd, Philadelphia, PA 19103-1821 |
| 14456073 | | St. Francis Center, Michael S. Simone, Esquire, 700 Prof. Plaza 700 Rt. 130, Suite 201, Cinnaminson, NJ 08077 |
| 14444254 | + | St. Francis Center for Rehabilitation, 1412 Landsowne Avenue, Darby, PA 19023-1218 |
| 14446366 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB et.al, C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14445745 | | WILMINGTON SAVINGS FUND SOCIETY, FSB et.al, C/O Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14444242 | | Email/Text: collectors@arresourcesinc.com | Nov 30 2022 00:09:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14444241 | + | Email/Text: broman@amhfcu.org | Nov 30 2022 00:09:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14503313 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14444245 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2022 00:09:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14444247 | | Email/Text: Bankruptcy@ICSystem.com | Nov 30 2022 00:09:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164 |
| 14444248 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2022 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14555090 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 30 2022 00:09:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14555447 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 30 2022 00:09:00 | Wilmington Savings Fund Society, C/O Maria Tsagaris, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14469156 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14444250 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2022 00:09:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14444253 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 30 2022 00:09:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14444255 | + | Email/Text: webadmin@vhllc.co | Nov 30 2022 00:09:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |
| 14444256 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 30 2022 00:09:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14479189 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2022 00:09:00 | WILMINGTON SAVINGS FUND SOCIETY, et.al., CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM CA 92806-5948 |
| 14561584 | ^ | MEBN | Nov 30 2022 00:07:25 | Wilmington Savings Fund Society, FSB, as Trustee o, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14444243 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14444244 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14446800 | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB et.al, C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022          Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Velma P. Braxton erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEFFREY M. CARBINO | on behalf of Debtor Velma P. Braxton jeff.carbino@offitkurman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB et.al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          **Chapter 13**
VELMA P. BRAXTON

               **Debtor**                **Bankruptcy No.** 19-17969-AMC

## O R D E R

    **AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: November 29, 2022**

                                                    _____
                                                    Honorable Ashely M. Chan
                                                    Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JENSEN BAGNATO, P.C.
1500 WALNUT STREET
SUITE 1510
PHILADELPHIA, PA 19102-

Debtor:
VELMA P. BRAXTON

5418 LARCHWOOD AVENUE

PHILADELPHIA, PA 19143-